GEORGE W. WILLSON, Respondent, *v.* THE MANHATTAN RAILWAY COMPANY, Appellant.*

(Argued October 24, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made November 9, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Joseph H. Adams* for appellant.

*Eugene F. Daly* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

FANNY LEOPOLD, Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant. .

(Argued October 24, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 22, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*J. W. Houghton* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.   .

* Reported below, 2 Misc. Rep. 127.